In the Matter of the Application of TIMOTHY E. ROLAND, Administrator with the Will of Annexed of PETER KINNEAR, Deceased, Respondent, to Discover Certain Property Which Is Claimed to Be Withheld. KATHERINE L. KINNEAR, Appellant.

Decree affirmed, with costs to the respondent against the appellant. Hill, P. J., Rhodes, Bliss and Heffernan, JJ., concur; McNamee, J., dissents, with a memorandum.

McNAMEE, J. (dissenting). I dissent and vote to reverse the decree of the Surrogate's Court, reasoning as follows: that the trust for the benefit of the grandchildren of the testator was in fact set apart in compliance with the direction contained in the will and codicil, as shown by the evidence and as appears by the decree of the surrogate on the accounting; that all the debts, legacies and expenses had been fully paid, and that thereupon the residuary estate, and good title thereto, passed to the residuary legatees; and when the executor delivered the securities in question to his wife by way of gift, she took the absolute title thereto; and no *devastavit* thereafter committed upon the trust fund by the residuary legatee could divest or impugn the title transferred to the appellant. (*Matter of Smith*, 46 App. Div. 318, 321–323; *Mills* v. *Smith*, 141 N. Y. 256, 261, 262–264; *Lupton* v. *Lupton*, 2 Johns. Ch. 614, 626; *Blood* v. *Kane*, 130 N. Y. 514; *Matter of Mullon*, 145 id. 98, 104; *Matter of Wagner*, 119 id. 28, 36; *Matter of Pruyn*, 76 Hun, 128, 130–132.)

In the Matter of the Claim of ELLIS W. HEATH, Respondent, against RALPH L. WILBUR, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

WILLIAM BIRDSALL, Respondent, v. CONCORD CASUALTY AND SURETY COMPANY, Appellant. ESTHER BIRDSALL, Respondent, v. CONCORD CASUALTY AND SURETY COMPANY, Appellant. FANNIE HELNS, Respondent, v. CONCORD CASUALTY AND SURETY COMPANY, Appellant.— Motion granted upon condition that the appellants perfect appeal, file and serve printed record on appeal and brief, on or before May 19, 1934, and are ready to argue case at the May order and general calendar term. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of JOSEPH STOLZ, Respondent, against LASHER & LATHROP, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LEAH TREIBER, Respondent, against CHARITY ORGANIZATION SOCIETY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.